21057.   KELLEY *v.* THE STATE. '

BLOODWORTH, J.   The evidence authorized the verdict, and the motion for a new trial, which was based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 14, 1931.

*W. I. Geer,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.